SHERRY A. TULK,

      Plaintiff,

v.                          Civil Action No. 2:17-cv-3079

MARSHALL UNIVERSITY, JEROME
GILBERT, WEST VIRGINIA UNIVERSITY,
WEST VIRGINIA REED COLLEGE OF MEDIA,
CHAD MEZERA, GORDON GEE, WEST VIRGINIA
STATE UNIVERSITY REED COLLEGE OF MEDIA,
MARSHALL COLLEGE OF ARTS & MEDIA,
and SANRDA REED,

      Defendants.

## MEMORANDUM OPINION AND ORDER

      The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on January 23, 2019; and the magistrate judge having recommended that the court deny the plaintiff's motion, filed July 10, 2018, for declaring default judgment; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that the plaintiff's motion for declaring default judgment be, and it hereby is, denied.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: March 4, 2019

John T. Copenhaver, Jr.
Senior United States District Judge