```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

SHERRY A. TULK,

    Plaintiff,

v.                                    Civil Action No. 2:17-cv-3079

MARSHALL UNIVERSITY, JEROME
GILBERT, WEST VIRGINIA UNIVERSITY,
WEST VIRGINIA REED COLLEGE OF MEDIA,
CHAD MEZERA, GORDON GEE, WEST VIRGINIA
STATE UNIVERSITY REED COLLEGE OF MEDIA,
MARSHALL COLLEGE OF ARTS & MEDIA,
and SANRDA REED,

    Defendants.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on January 14, 2020; and the magistrate judge having recommended that the court dismiss this civil action pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief can be granted and for seeking monetary relief from defendants who are immune from such relief; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be,

and they hereby are, adopted by the court and incorporated herein.

Accordingly, it is ORDERED that the complaint be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this memorandum opinion and order to plaintiff, all counsel of record, and the United States Magistrate Judge.

DATED: February 14, 2020

John T. Copenhaver, Jr.
Senior United States District Judge